### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| LORINZO LOVELY,<br><br>　　　Plaintiff,<br>vs.<br><br>ANDREU, PALMA, LAVIN & SOLIS, PLLC,<br><br>　　　Defendant. | Civil Action No.: |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE on this date, Defendant Andreu, Palma, Lavin & Solis, PLLC, by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and in support thereof avers as follows:

　　　1.　　　Defendant Andreu, Palma, Lavin & Solis, PLLC is a defendant in a civil action originally filed on or about August 9, 2021 in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, titled *Lorinzo Lovely v. Andreu, Palma, Lavin & Solis, PLLC* and docket as Case No. COCE-21-043994.

　　　2.　　　This removal is timely under 28 U.S.C. § 1446(b) as APLS was served with original process on August 17, 2021

　　　3.　　　Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings, and orders received by APLS in the state court action.

　　　4.　　　The United States District Court for the Southern District of Florida, Fort Lauderdale Division, has jurisdiction over this class action pursuant to 28 U.S.C. § 1331, in that

1

Plaintiff filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. On this date, Defendant provided notice of this Removal to counsel for Plaintiff and to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

Dated: August 18, 2021                                  Respectfully Submitted,

**MESSER STRICKLER, LTD.**

*/s/ John M. Marees II*
JOHN M. MAREES II
FL Bar No. 0120079
12276 San Jose Blvd. Ste. 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
jmarees@messerstrickler.com

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021 I caused to be electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

**MESSER STRICKLER, LTD.**

*/s/ John M. Marees II*
JOHN M. MAREES II
FL Bar No. 0120079
12276 San Jose Blvd. Ste. 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
jmarees@messerstrickler.com

*Counsel for Defendant*